# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KIAM KNOWLES,

    Petitioner,

v.                                 Case No. 3:21-cv-1017-TKW/MAF

M.V. JOSEPH, WARDEN,
FPC-PENSACOLA,

    Respondent.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc.4). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed for failure to comply with a court order. Accordingly, it is

**ORDERED** that the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order; this case is **DISMISSED** without prejudice; and the Clerk shall close the case file.

**DONE and ORDERED** this 27th day of December, 2021.

                                      *T. Kent Wetherell, II*
                                **T. KENT WETHERELL, II**
                                **UNITED STATES DISTRICT JUDGE**